**Timothy L. SANDFORT, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 67187.

Missouri Court of Appeals,
Western District.

June 29, 2007.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS, Judge and LISA WHITE HARDWICK, Judge.

### ORDER

PER CURIAM.

Timothy Sandfort appeals the denial after an evidentiary hearing of his Rule

29.15 motion for ineffective assistance of counsel. After a thorough review of the record, we find that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**